CLERK'S OFFICE U.S DIST COURT
AT ROANOKE VA
FILED

MAY 31 2006

JOHN F CORCORAN, CLERK
BY
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SANTOS VALIENTERBANALES,  )  <br> Plaintiff,  ) | Civil Action No. 7:06CV00327 |
| )  <br> v.  ) | **FINAL ORDER** |
| )  <br> DAVID ROBINSON, et al.,  ) | By Hon. Glen E. Conrad |
| Defendant.  ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

## ORDERED

as follows:

1. The plaintiff's due process claim shall be and hereby is **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted;

2. The plaintiff's equal protection claim shall be and hereby is **DISMISSED** without prejudice for failure to exhaust administrative remedies; and

3. This action shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendant, if known.

ENTER: This  30th  day of May, 2006.

_____
United States District Judge